**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 4:15-CR-44-001

**RICKEY ERIC GOODWIN**

## <u>ORDER</u>

The defendant, Rickey Eric Goodwin, has filed a motion asking for credit for time served while in state custody. In his motion, Mr. Goodwin requests credit for time served between May 2015 and December 2016. It is noted that when Mr. Goodwin appeared for his initial appearance on September 2, 2015, he was brought to the Court on a writ. At that time, he was being held by the Georgia Department of Corrections, for a violation of his state parole in Worth County, Georgia Superior Court case number 14CR113. According to the Bureau of Prisons, the state of Georgia has credited him with the same time in a state parole revocation hearing; therefore, the Bureau of Prisons elected not to credit his federal sentence with the same time, pursuant to 18 U.S.C. § 3585(b). The concurrent sentence by the Court did allow his Federal sentence to begin the day it was imposed; however, no prior custody time is eligible since all of that time was applied to his state sentence.

Therefore, having considered the motion and the specific findings listed above, the motion is hereby **DENIED**.

So ordered this **15th** day of **July, 2022**.



S/Clay D. Land
HONORABLE CLAY D. LAND
U.S. DISTRICT JUDGE